PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

The following constitutes
the order of the court. Signed March 03, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

**KATHERINE MICKELS,**

         **Debtor.**

_____/

Case No. **10-73669 RN**

Chapter 13

**ORDER VALUING LIEN OF RESURGENT CAPITAL SERVICES, LP AS SUCCESSOR IN INTEREST TO MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND WMC MORTGAGE CORP.**

    On February 7, 2011, Katherine Mickels (hereinafter Debtor) served a motion to value the lien of Resurgent Capital Services, LP as successor in interest to Mortgage Electronic Registration Systems, Inc. and WMC Mortgage Corp. (hereinafter Lienholder) against the property commonly known as 1745 67th Avenue, Oakland, CA 94621, which lien was recorded in Alameda County on or about January 18, 2007 as document 2007030478 (hereinafter the Lien).

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

    (1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |

```
Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Katherine Mickels
1745 67th Avenue
Oakland, CA 94621

Attn: Officer or Managing Agent
Resurgent Capital Services, LP
15 S. Main Street, Ste 600
Greenville, SC 29601

Attn: Officer or Managing Agent
Resurgent Capital Services, LP
C/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Attn: Officer or Managing Agent
Mortgage Electronic Registration Systems, Inc.
1818 Library Street, Ste 300
Reston, VA 20190

Attn: Officer or Managing Agent
Mortgage Electronic Registration Systems, Inc.
C/o Genpact Registered Agent, Inc.
15420 Laguna Cyn Rd, Ste 100
Irvine, CA 92618

Attn: Ramesh Singh
GE Money Bank
C/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Attn: Officer
U.S. Bank National Association
425 Walnut Street
Cincinnati, Ohio 45202
```

```
 1 | Attn: Officer or Managing Agent
   | Saxon Mortgage Services, Inc.
 2 | 1270 Northland Drive
   | Suite 200
 3 | Mendota Heights, Minnesota 55120
 4 |
   | Attn: Officer or Managing Agent
 5 | Saxon Mortgage Services, Inc.
   | 4708 Mercantile Drive North
 6 | Fort Worth, TX 76137
 7 |
   | Attn: Officer or Managing Agent
   | Saxon Mortgage Services, Inc.
 8 | C/o CSC – Lawyers Incorporating Service
   | 2730 Gateway Oaks Dr.
 9 | Suite 100
10 | Sacramento, CA 95833
11 | Ford Motor Credit Company
   | c/o Austin P. Nagel, Esq.
12 | Law Offices of Austin P. Nagel
   | 111 Deerwood Road, Suite 305
13 | San Ramon, CA 94583
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
```