```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 10-73669 WJL |
| **KATHERINE MICKELS,** | Chapter 13 |
| Debtor. | MOTION TO MODIFY CHAPTER 13 PLAN |
| _____/ | |

The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

Debtor's daughter will pay a lump sum payment of $1,000.00 electronically via TFS Bill Pay to be received the Trustee on or before November 13, 2015, at which point the debtor's Chapter 13 plan shall be deemed complete. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds:

Debtor had a stroke in September 2015, and was briefly hospitalized as a result. Debtor was discharged from the hospital and upon returning to her home she suffered a second stroke. Debtor was unable to make her plan payments during that time, has massive medical bills, and is being cared for by her daughter.

```
Dated: November 2, 2015          /s/ Anne Y. Shiau
                                 ANNE Y. SHIAU
                                 Attorney for Debtor
```